# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARK RUID,**
  *on behalf of himself and all others similarly situated,*

      Plaintiff,

    v.                            Case No. 22-CV-634-SCD

**RIDGWAY LLC** and
**ROBERT KIECKHEFER,**

      Defendants.

## ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

The parties have filed a joint motion for preliminary approval of class action settlement. For the reasons stated therein, the court **GRANTS** the parties' joint motion, ECF No. 50, and **ORDERS** the following:

(1) The parties' Settlement Agreement, ECF No. 50-1, is **PRELIMINARILY APPROVED** as fair, reasonable, and adequate resolution of a *bona fide* dispute under Wisconsin's Wage Payment and Collections Laws.

(2) The parties' Notice of Class Action Settlement as attached to the parties' Settlement Agreement as Exhibit A (the "Notice") is **APPROVED** and constitutes the best notice practicable under the circumstances, including individual notice to all class members, and constitutes valid, due, and sufficient notice to class members in full compliance with the requirements of applicable law, including the Due Process Clause of the United States Constitution.

(3) Any class member who wishes to object to the Settlement Agreement must do so within thirty (30) days of mailing of the Notice and per the instructions set forth in the Notice. The Court will not hear or consider objections that are untimely and/or do not comply with such instructions.

(4) The Court will conduct a telephonic Fairness Hearing on **Wednesday, February 19, 2025**, at **9:30 a.m**. to determine whether the Settlement Agreement should be approved as fair, reasonable, and adequate; to award the parties' agreed-upon Service Award to Plaintiff and attorneys' fees and costs to Class Counsel; and to enter a final order approving the Settlement Agreement and the parties' overall settlement of this litigation and dismissing Plaintiff's and the class's released claims with prejudice.

(5) Any motions, including but not limited to a final approval motion and any motions for approval of the Service Award and Plaintiff's Counsel's attorneys' fees and costs, shall be filed with the Court no later than seven (7) days prior to the Fairness Hearing.

**SO ORDERED** this 14th day of November, 2024.

_____
STEPHEN C. DRIES
United States Magistrate Judge