UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MARK RUID,**
  *on behalf of himself and all others similarly situated*,

      Plaintiff,

  v.                                  Case No. 22-CV-634-SCD

**RIDGWAY LLC** and
**ROBERT KIECKHEFER,**

      Defendants.

## ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

The parties have filed a Joint Motion for Final Approval of Class Action Settlement, ECF No. 55, and Plaintiff has filed Unopposed Motions for Approval of Service Award, ECF No. 56, and for Approval of Attorneys' Fee and Costs, ECF No. 57. Having reviewed the parties' filings and having held a telephonic Fairness Hearing, the court **GRANTS** the parties' motions and **ORDERS** the following:

    (1)    The parties' Settlement Agreement, ECF No. 50-1, is **APPROVED** as a fair, reasonable, and adequate resolution of a *bona fide* dispute under Wisconsin's Wage Payment and Collections Laws;

    (2)    The Settlement Agreement is binding on Named Plaintiff, Defendants, and the Rule 23 Class;

    (3)    Named Plaintiff's released claims and the respective released claims of the Rule 23 Class are **DISMISSED** with prejudice;

(4) Plaintiff's Unopposed Motion for Approval of Service Award is **GRANTED** and Named Plaintiff's Service Award in the amount of $1,000.00 is **APPROVED**;

(5) Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs is **GRANTED** and Plaintiff's counsel's requested attorneys' fees and costs totaling $40,396.21 are **APPROVED**; and

(6) This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

**SO ORDERED** this 7th day of March, 2024.

_____
STEPHEN C. DRIES
United States Magistrate Judge