# United States District Court
## Eastern District of Wisconsin

**MARK RUID,**

        Plaintiff(s),

        v.

**RIDGEWAY LLC, and**
**ROBERT KIECKHEFER,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 22-CV-634

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the Joint Motion for Final Settlement Approval (ECF No. 55) is **GRANTED**;

    **IT IS FURTHER ORDERED** that the Unopposed Motion for Approval of Service Award (ECF No. 56) is **GRANTED** and named Plaintiff's Service Award in the amount of $1,000.00 is **APPROVED.**

    **IT IS FURTHER ORDERED** that the Unopposed Motion for Attorneys' Fees and Costs (ECF No. 57) is **GRANTED** and Plaintiff's counsel's requested attorneys' fees and costs totaling $40,396.21 are **APPROVED.**

    **IT IS FURTHER ORDERED** that this case is **DISMISSED** on the merits, with prejudice, and without further costs to either party.

*Stephen C. Dries*

Approved:

                    STEPHEN C. DRIES
                    United States Magistrate Judge

Dated: March 7, 2025

                    GINA M. COLLETTI
                    Clerk of Court

                    *s/ Tony Byal*
                    (By) Deputy Clerk